NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1080
(Serial No. 09/564,949)

IN RE ALBERT S. GRACE

Robert B. Lyons, Litman Law Offices, Ltd., of Arlington, Virginia, argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Stephen Walsh, Acting Solicitor, and Shannon M. Hansen, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1080
(Serial No. 09/564,949)

IN RE ALBERT S. GRACE

# Judgment

ON APPEAL from the    United States Patent and Trademark Office, Board of Patent Appeals and Interferences

in CASE NO(S).    09/564,949

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (DYK, PROST, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 10, 2008    /s/ Jan Horbaly
                        Jan Horbaly, Clerk